**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 12, 2024

Ms. Whitney D. Hermandorfer
Williams & Connolly
680 Maine Avenue, S.W.
Washington, DC 20024

Mr. Trenton Meriwether
Office of the Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

> Re:  Case No. 24-5220, *TN v. Xavier Becerra, et al*
>      Originating Case No. 3:23-cv-00384

Dear Counsel,

   This appeal has been docketed as case number **24-5220** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **March 26, 2024**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|            | Appearance of Counsel |
|---|---|
| Appellant: | Civil Appeal Statement of Parties & Issues |
|            | Disclosure of Corporate Affiliations |
|            | Application for Admission to 6th Circuit Bar (if applicable) |

Appellee:
    Appearance of Counsel
    Disclosure of Corporate Affiliations
    Application for Admission to 6th Circuit Bar (if applicable)

   More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely,

s/Gretchen S. Abruzzo
Case Manager
Direct Dial No. 513-564-7018

cc:  Ms. Alexandra Rachel Saslaw

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-5220

STATE OF TENNESSEE

    Plaintiff - Appellant

v.

XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; JESSICA S. MARCELLA, in her official capacity as Deputy Assistant Secretary for Population Affairs; OFFICE OF POPULATION AFFAIRS

    Defendants - Appellees