**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO  45202-3988

KELLY L. STEPHENS
CLERK

TELEPHONE
(513) 564-7000

Dear Counsel:

The Sixth Circuit is committed to providing litigants with the most efficient and straightforward E-filing processes. To this end, we are testing the automation of two of the case opening entries: the Corporate Disclosure Statement and the Civil Appeal Statement of Parties and Issues.

The test entries will enable the filer to enter all the requisite information during the E-filing process which will negate the need to attach the form provided by the clerk's office.

We are inviting you to assist us in the testing of these entries. If you are willing to assist, please select the event **TESTING corporate disclosure** when filing the Corporate Disclosure Statement and select the event **TESTING statement of issues** when filing the Civil Appeal Statement of Parties and Issues.

Corporate Disclosure Form: The test entry is like our standard corporate disclosure entry in that you will choose the filer and parties the filer represents. Next, instead of uploading the Corporate Disclosure Form, you will provide the answers to the questions posed on the Corporate Disclosure Statement. The CM/ECF system limits each text box to 255 characters. Therefore, the new entry will contain two text boxes to answer the first question on the form: Is said party a subsidiary or affiliate of a publicly owned corporation? If the second text box is needed, the entry will append the information from each text box together so that it displays seamlessly in the docket text/entry.

Pacer Entry:

> 1. Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:
>
> ▼ 1. (enter NO, if none)
>
> > Cromdor Development Company is a wholly-owned subsidiary of Cromdor Industrial Design, Inc., a wholly-owned subsidiary of Cromdor Global, Inc. a wholly-owned subsidiary of Cromdor International, Inc., a wholly-owned subsidiary of Cromdor Universal, a
>
> 4 characters remaining.
>
> ▼ 1. Continued
>
> > publicly traded company.

Entry will display on docket:

> CORPORATE DISCLOSURE STATEMENT. Name of Counsel: Attorney Mr. Paul Peters for Appellant Cromdor Development Company ; Pursuant to 6th Cir. R. 26.1, *Cromdor Development Company*, makes the following disclosure: 1. Is said party a subsidiary or affiliate of a publicly owned corporation? *Cromdor Development Company is a wholly-owned subsidiary of Cromdor Industrial Design, Inc., a wholly-owned subsidiary of Cromdor Global, Inc. a wholly-owned subsidiary of Cromdor International, Inc., a wholly-owned subsidiary of Cromdor Universal, a publicly traded company.* 2. Is there a publicly owned corporation, not a party to the appeal, with a financial interest in the outcome? *No.* Certificate of Service: 02/05/2024. [80-1566] (PP) [Entered: 02/05/2024 02:32 PM]

The second question on the Corporate Disclosure Form is then posed in the entry: Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? The filer will enter their answer to this question by entering it in the text box provided.

The test entry will then allow the filer to upload a pdf document if there is insufficient space in the text boxes to complete their answer. Please make sure that any attached pdf document is non-modifiable.

The filer will then complete the entry by entering the service information.

If the filer represents more than one party, a separate corporate disclosure entry should be made for each party who has information to disclose. A negative report may list multiple parties.

<u>Civil Appeal Statement of Parties and Issues:</u> In this test entry, the user will select the filer, identify if the case is a cross appeal and if there are any related or prior appeals of the originating case. If there is a related or prior appeal, the filer will identify the citation and if the case was mediated. Next the filer will identify the party(ies) against whom the appeal is being taken.

Next the filer will identify the specific issues that they propose to raise in the appeal. There are four text boxes provided for this information. Again, the information in the text boxes will append to each other and display as one continuous response. If the four text boxes (1020 characters) are insufficient to contain the information, the filer may attach a non-modifiable pdf document with the information.

Lastly, the filer will complete the certificate of service.

The inclusion of the Corporate Disclosure Form is still required in principal briefs.

If you elect to file using the test entries, we would appreciate any feedback that you may have to offer regarding the test entry. Please send any feedback to: [Anne_Brown@ca6.uscourts.gov](mailto:Anne_Brown@ca6.uscourts.gov).

Thank you for helping to improve the E-filing system in the Sixth Circuit. Your assistance is much appreciated.

Thank you,

Anne Brown
Operations Manager
Ph: 513-564-7031