UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-5220**

Case Title: **Tennessee** vs. **Xavier Becerra, et al.**

List all clients you represent in this appeal:

**State of Tennessee**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Whitney Hermandorfer**    Signature: s/ **Whitney Hermandorfer**

Firm Name: **Tennessee Attorney General's Office**

Business Address: **P.O. Box 20207**

City/State/Zip: **Nashville/TN/37202**

Telephone Number (Area Code): **615-741-7403**

Email Address: **whitney.hermandorfer@ag.tn.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.