OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO  45202-3988
CA06-MEDIATION@CA6.USCOURTS.GOV

CATHERINE C. GEYER
*Chief Circuit Mediator*
KATHRYN L. WOLLENBURG
SCOTT COBURN
JOHN A. MINTER

TELEPHONE (513) 564-7330
FAX (513) 564-7349

March 13, 2024

Philip W. Hammersley
Whitney D. Hermandorfer
Trenton Meriwether
Alexandra Rachel Saslaw

Re:   *TN v. Xavier Becerra, et al,* CA No. 24-5220

## MEDIATION CONFERENCE NOTICE

Dear Counsel:

DATE AND TIME

Pursuant to Federal Rule of Appellate Procedure 33 and Sixth Circuit Rule 33, a **VIDEO** mediation conference has been scheduled in this case for **April 5, 2024** at **9:30 AM   EASTERN TIME**.  **A conference invitation will be provided to counsel.**  Counsel is required to submit a Confidential Mediation Background Information Form by **March 29, 2024** (see additional information regarding Mediation Background Information Forms below).  You should allow at least two hours for the conference.

To ensure a quality and effective online mediation experience, the following are expected:

1. Access to a computer with a camera, microphone, and sufficient battery life for a two-hour conference;
2. A stable, secure internet connection;
3. A fixed, quiet place to engage in mediation; and
4. A technology hiatus from non-case related email and telephone usage during the mediation.

If any of the above items cannot be met, contact the Mediation Office to discuss.

**Recording of the mediation conference is prohibited.  All persons participating or present in the mediation conference must be identified and agree to the confidentiality provisions regarding mediation communications.**

PURPOSES

There are several purposes for mediation conferences.  One is to prevent unnecessary motions or delay by addressing any **procedural issues** relating to the appeal.  A second is to identify and clarify the main **substantive issues** presented on appeal.  The third and primary purpose is to explore possibilities for **settlement**.  We will discuss in considerable detail the parties' interests and possible bases for resolving the case.  You should be prepared to address all of these matters.  More detailed information about mediation in the Sixth Circuit can be found on our website under the tab *About Mediation Conferences* located at https://www.ca6.uscourts.gov/mediation.

PARTICIPATION BY COUNSEL

Our goal is to secure the participation of counsel on whose advice the clients will most directly rely in making decisions about settlement.  **If more than one attorney is involved, the attorney with the most direct relationship with the client is required to participate in the conference and should be listed as Lead Mediation Counsel on the Mediation Background Form**.  **At least one participating attorney MUST file an appearance in this case.**  All attorneys who will participate in the conference must be listed on the Form, along with their contact information.

CLIENT PARTICIPATION

Settlement decisions are necessarily made in close consultation with clients, so their attendance/participation in mediation is strongly encouraged and expected.  If you believe this is the unusual case in which such participation would be counterproductive, contact the mediator directly before the conference to discuss your concerns.  Even in those cases, however, your client should remain available by telephone for the entirety of the conference.

CONVERSION TO IN-PERSON CONFERENCES

Initial conferences typically are conducted by video or telephone for the convenience of litigants and counsel.  **If you think an in-person mediation would enhance the likelihood of settlement**, **please call the undersigned mediator**.  If all parties and the mediator agree, the mediation will be changed to an in-person conference on a date and at a location that is mutually agreeable.

RESCHEDULING

If the date and time of the mediation conference present an unavoidable conflict with a previously scheduled court appearance or commitment, you are required to contact the Mediation Administrator, Connie Weiskittel, at CA06-Mediation@ca6.uscourts.gov, by **March 18, 2024** to advise of the conflict and request that the mediation conference be rescheduled.  When we are notified of such conflicts in a timely manner, we will provide you with alternative dates and times.  You are then responsible for contacting opposing counsel to inquire as to their availability — until a new date is determined, the mediation will go forward as originally scheduled.  Once you advise our office of the new date and time, we will then send a notice confirming the change.

Be advised that we may be unable to accommodate untimely requests for rescheduling.

CONFIDENTIAL MEDIATION BACKGROUND INFORMATION FORM

All parties are required to submit a Mediation Background Information Form by **March 29, 2024** which can be downloaded from the Court's website.  **Please submit the Form directly to the Mediation Office by email, fax or mail — do NOT file or otherwise disclose it to the Court**.  Providing all of the requested information and submitting the Form in a timely manner is essential to maximizing the likelihood of success in mediation.  Except to the extent authorized by counsel, information in the Form will be held confidential and will not be shared with other parties or their counsel.

Thank you for your careful attention to these matters.

Sincerely,

John Minter

lmr
cc:     Gretchen Abruzzo, Case Manager