UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Mar 18, 2024
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| STATE OF TENNESSEE, | ) |
|     Plaintiff-Appellant, | ) |
| v. | )    O R D E R |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; JESSICA S. MARCELLA, in her official capacity as Deputy Assistant Secretary for Population Affairs; OFFICE OF POPULATION AFFAIRS, | ) |
|     Defendants-Appellees. | ) |

The plaintiff, State of Tennessee, appeals the district court's denial of a preliminary injunction. The plaintiff moves to expedite the briefing schedule, oral argument, and decision.

Matters are not scheduled for oral argument prior to the completion of principal briefing. The motion to expedite is **GRANTED IN PART**, insofar as the briefed appeal will be submitted to the court at the earliest practicable date that the court's schedule will permit. The determination of when and whether oral argument will be held are reserved to the merits panel to which this appeal will be assigned.

To ensure submission to the court as soon as is practicable, the plaintiff shall file its principal brief and any appendix by **April 5, 2024**. The defendants shall file their principal brief and any appendix by **April 26, 2024**, and the plaintiff may file any optional reply brief by **May 6, 2024**.

**No extensions of time will be granted**.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_____
Kelly L. Stephens, Clerk