UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

**Appeal No.:** 24-5220

**Case Title:** Tennessee vs. Xavier Becerra et al.

List all clients you represent in this appeal:

> **Xavier Becerra, in his official capacity as Secretary of Health and Human Services; United States Department of Health and Human Services; Jessica S. Marcella, in her official capacity as Deputy Assistant Secretary for Population Affairs; Office of Population Affairs**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

**Attorney Name:** Brian J. Springer   **Signature:** s/ Brian J. Springer

**Firm Name:** U.S. Department of Justice, Civil Division, Appellate Staff

**Business Address:** 950 Pennsylvania Ave., N.W.

**City/State/Zip:** Washington, D.C. 20530

**Telephone Number (Area Code):** 202-616-5446

**Email Address:** brian.j.springer@usdoj.gov

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---