OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

CATHERINE C. GEYER  
*Chief Circuit Mediator*  
KATHRYN L. WOLLENBURG  
SCOTT COBURN  
JOHN A. MINTER

331 POTTER STEWART U.S. COURTHOUSE  
100 EAST FIFTH STREET  
CINCINNATI, OHIO 45202-3988  
CA06-MEDIATION@CA6.USCOURTS.GOV

TELEPHONE (513) 564-7330  
FAX (513) 564-7349

April 2, 2024

Courtney L. Dixon  
Philip W. Hammersley  
Whitney D. Hermandorfer  
Trenton Meriwether  
Brian James Springer

Re:  *TN v. Xavier Becerra, et al,* CA No. 24-5220

## CANCELATION NOTICE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the mediation conference currently scheduled for **April 5, 2024**, is hereby **CANCELED**.

Sincerely,

Connie A. Weiskittel  
Mediation Administrator

cc:     John A. Minter