

April 12, 2024

Office of the Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

    Re:    Notification of Signature Permission in *Tennessee v. Becerra, et al.*, No. 24-5220

Dear Ms. Stephens:

    Counsel for amicus curiae the State of Mississippi wishes to notify the Court that it has received permission from the States of Alabama, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Missouri, Montana, Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Texas, Utah, West Virginia, and Wyoming to sign on their behalf the amicus brief filed by Mississippi in support of plaintiff-appellant and reversal on April 12, 2024.

    Respectfully submitted,

    *s/ Justin L. Matheny*

    Justin L. Matheny
      *Deputy Solicitor General*
    Mississippi Attorney General's Office
    P.O. Box 220
    Jackson, MS 39205-0220
    Telephone: (601) 359-3680
    E-mail: justin.matheny@ago.ms.gov

cc:    Counsel of Record
        via ECF