UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5220**

Case Title: **State of Tennessee** vs. **U.S. Department of HHS, et al.**

List all clients you represent in this appeal:

**Ethics and Public Policy Center**

☐ Appellant   ☐ Petitioner   ☒ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent   ☐ Intervenor          (Appointed)

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Eric N. Kniffin**            Signature: s/ **Eric N. Kniffin**

Firm Name: **Kniffin Law PLLC**

Business Address: **102 S. Tejon Street, Suite 1100**

City/State/Zip: **Colorado Springs, CO 80903**

Telephone Number (Area Code): **719-212-4391**

Email Address: **eric@kniffin.law**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.