UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5220**

Case Title: **State of Tennessee** vs. **Xavier Becerra**

List all clients you represent in this appeal:

> **American Association of Pro-Life Obstetricians & Gynecologists, Christian Medical & Dental Associations, Catholic Medical Association, National Association of Catholic Nurses**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☑ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Christopher P. Schandevel**      Signature: s/ **Christopher P. Schandevel**

Firm Name: **Alliance Defending Freedom**

Business Address: **44180 Riverside Pkwy**

City/State/Zip: **Lansdowne, VA 20176**

Telephone Number (Area Code): **(571) 707-4655**

Email Address: **cschandevel@adflegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---