UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5220**

Case Title: **State of Tennessee** vs. **Xavier Becerra**

List all clients you represent in this appeal:

**Constitutional Accountability Center**

- ☐ Appellant
- ☐ Petitioner
- ☒ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Brianne J. Gorod**   Signature: s/ **Brianne J. Gorod**

Firm Name: **Constitutional Accountability Center**

Business Address: **1200 18th Street NW, Suite 501**

City/State/Zip: **Washington, DC 20036**

Telephone Number (Area Code): **(202) 296-6889**

Email Address: **brianne@theusconstitution.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---