**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
501 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988

**Kelly L. Stephens**
**Clerk**                                                                                                                513-564-7000

May 21, 2024

Whitney Hermandorfer, Esq.
Philip W. Hammersley, Esq.
Harrison Gray Kilgore, Esq.
Trenton Meriwether, Esq.
James Matthew Rice, Esq.
Courtney L. Dixon, Esq.
Brian James Springer, Esq.

RE: Case No. 24-5220, *State of Tenn. v. Xavier Becerra, et al.*

Dear Counsel,

In light of the notices of counsel unavailability for oral argument during the week of June 10, 2024, the merits panel has directed that oral argument will be scheduled on **Thursday, July 18, 2024**.

The parties are hereby directed to respond to the following question: If the panel pledges to decide this appeal no later than Friday, August 30, 2024, will the parties (specifically the defendant/appellee) agree to maintain the status quo?

Please advise your response by letter at your earliest opportunity. Thank you for your prompt attention to this matter.

Sincerely,

*Kelly L. Stephens*
Kelly L. Stephens