

**U.S. Department of Justice**
Civil Division

Tel: 202-616-5446

VIA CM/ECF

May 23, 2024

Kelly L. Stephens, Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202

RE:   *Tennessee v. Becerra*, No. 24-5220 (oral argument scheduled July 18, 2024)

Ms. Stephens:

    We write in response to this Court's May 21, 2024 letter. The Department of Health and Human Services (HHS) has agreed to voluntarily reserve, on a temporary basis, Title X funding in an amount (approximately $7.1 million) sufficient to preserve Tennessee's ability to later access its 2024 Title X allocation should Tennessee prevail in this appeal. HHS agrees to continue doing so to allow this Court to hold argument on Thursday, July 18, 2024, and to decide this appeal by Friday, August 30, 2024.

                                                  Sincerely,

                                                  *s/ Brian J. Springer*
                                                  Brian J. Springer
                                                  Attorney

cc:   all counsel (via CM/ECF)

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 23, 2024, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system. Participants in the case are CM/ECF users and service will be accomplished by the appellate CM/ECF system.

               *s/ Brian J. Springer*
               BRIAN J. SPRINGER