# STATE OF TENNESSEE

# Office of the Attorney General



**Jonathan Skrmetti**
**Attorney General and Reporter**

P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 741-3491
Facsimile: (615) 741-2009

VIA CM/ECF

May 24, 2024

Kelly L. Stephens, Clerk
United States Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 540
Cincinnati, Ohio 45202-3988

Re:   *Tennessee v. Becerra*, **Case No. 24-5220 (oral argument scheduled for July 18, 2024)**

Dear Ms. Stephens,

     Appellant the State of Tennessee writes in response to the Court's May 21, 2024 letter and Appellees' May 23, 2024 response. In that response, the Department of Health and Human Services (HHS) advised that it will continue to voluntarily reserve, on a temporary basis, funding sufficient to permit Tennessee to access its 2024 Title X allocation should Tennessee prevail in this appeal. HHS has further advised that it will reserve these funds so as to allow this Court to hold argument on July 18, 2024 and to decide this appeal by August 30, 2024. The Tennessee Department of Health is likewise in a position to maintain the status quo of continued operation of its Family Planning Program through August 30, 2024.

                                            Respectfully submitted,

                                            */s/ Whitney D. Hermandorfer*
                                            Whitney D. Hermandorfer

cc: Counsel of Record (via ECF)

# **CERTIFICATE OF SERVICE**

      I hereby certify that on May 24, 2024, I electronically filed the foregoing with the Clerk of the U.S. Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system. Participants in the case are CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                                            */s/ Whitney D. Hermandorfer*
                                                            Whitney D. Hermandorfer