**STATE OF TENNESSEE**

# Office of the Attorney General



**Jonathan Skrmetti**
**Attorney General and Reporter**

P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 741-3491
Facsimile: (615) 741-2009

June 18, 2024

Kelly L. Stephens, Clerk
United States Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 540
Cincinnati, Ohio 45202-3988

Re:   *Tennessee v. Becerra*, Case No. 24-5220 (oral argument scheduled for July 18, 2024)

Dear Ms. Stephens,

Pursuant to Federal Rule of Appellate Procedure 28(j), the State of Tennessee writes to inform the Court of a decision by the Department of Health and Human Services ("HHS"), Office of the Assistant Secretary for Health administrative review panel, to reject Tennessee's administrative appeal of its Title X grant rescindment.  *See* Decision, Exhibit 1.  The Decision disclaims any authority to resolve the "validity or constitutionality" of relevant HHS regulations, *id.* at 2, and otherwise affirms the grant rescindment and agency reasoning Tennessee challenges here.  Although Tennessee was not required to seek or await completion of administrative review before pursuing judicial relief, *see* Mem. in Support of Prem. Inj., R.21, PageID#314 n.1 (citing *Missouri v. Bowen*, 813 F.2d 864, 871 (8th Cir. 1987)), the administrative Decision confirms Tennessee's continued need for the requested preliminary relief at issue in this appeal.

Respectfully submitted,

*/s/ Whitney D. Hermandorfer*
Whitney D. Hermandorfer

cc: Counsel of Record (via ECF)