**403 - 4th Floor Courtroom, 9:00 A.M.**                    **Thursday, July 18, 2024**

**Gibbons, Kethledge, Davis**

**24-5220   State of Tennessee v. Xavier Becerra, et al.**

| | | |
|---|---|---|
| State of Tennessee | ret | Whitney D. Hermandorfer |
| | | *3 Minutes Rebuttal* |
| **Plaintiff - Appellant** | | |
| V. | | |
| Xavier Becerra, et al. | gvt | Courtney L. Dixon |
| **Defendants - Appellees** | | |

*Angie Ferguson, Courtroom Deputy*

Plaintiff appeals the denial of its motion for a preliminary injunction, in which it sought to enjoin a condition precedent requiring Title X grantees to provide a pregnant woman with counseling on all options, including pregnancy termination, before receiving funds for family planning projects. (15 Minutes Per Side)