# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  August 26, 2024

Ms. Courtney L. Dixon
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Brianne Jenna Gorod
Constitutional Accountability Center
1200 18th Street, N.W.
Suite 501
Washington, DC 20036

Mr. Philip W Hammersley
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202

Ms. Whitney D. Hermandorfer
Mr. Harrison Gray Kilgore
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202

Mr. Eric Nieuwenhuis Kniffin
Kniffin Law
102 S. Tejon Street
Suite 1100
Colorado Springs, CO 80903

Mr. Justin Lee Matheny
Office of the Attorney General of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

Mr. Trenton Meriwether
Mr. James Matthew Rice
Office of the Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202

Mr. Christopher Paul Schandevel
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176

Mr. Brian James Springer
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Re: Case No. 24-5220, *State of Tennessee v. Xavier Becerra, et al*
Originating Case No. : 3:23-cv-00384

Dear Counsel,

The court today announced its decision in the above-styled case.

Enclosed is a copy of the court's published opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Yours very truly,

Kelly L. Stephens, Clerk

Cathryn Lovely
Deputy Clerk

cc: Ms. LeAnna Wilson

Enclosures

Mandate to issue.