**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 11, 2024

Ms. Courtney L. Dixon
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7213
Washington, DC 20530

Re: Case No. 24-5220, *State of Tennessee v. Xavier Becerra, et al*
Originating Case No.: 3:23-cv-00384

Dear Ms. Dixon,

This is to advise that the court directs you to file a response to the petition for rehearing en banc in the above case.

Your response, not to exceed 3900 words, must be filed not later than the close of business on Friday, **October 25, 2024**.

Please note that no extensions will be granted.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Mr. Joseph Fiorile
   Ms. Brianne Jenna Gorod
   Mr. Philip W Hammersley
   Ms. Whitney D. Hermandorfer
   Mr. Harrison Gray Kilgore
   Mr. Eric Nieuwenhuis Kniffin

Mr. Justin Lee Matheny
Mr. Trenton Meriwether
Mr. James Matthew Rice
Mr. Christopher Paul Schandevel
Mr. Reed Neal Smith
Mr. Brian James Springer