IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

STATE OF TENNESSEE,

          Plaintiff-Appellant,

    v.

XAVIER BECERRA, in his official capacity as
Secretary of Health and Human Services, et al.,

          Defendants-Appellees.

No. 24-5220

**UNOPPOSED MOTION FOR 21-DAY EXTENSION OF TIME TO FILE
RESPONSE TO PETITION FOR REHEARING EN BANC**

Pursuant to Federal Rule of Appellate Procedure 27, the federal government respectfully requests a 21-day extension of time, to and including November 15, 2024, to file a response to the petition for rehearing en banc. The government recognizes that this Court's order directing a response indicates that "no extensions will be granted." *See* Order (Oct. 11, 2024). For the reasons explained below, the government nonetheless believes that the requested extension is appropriate under the circumstances and will not prejudice the parties. This motion is unopposed.

1. The Department of Health and Human Services awards discretionary grants to fund family-planning services under Title X of the Public Health Service Act. The agency declined to issue a continuation award to the Tennessee Department of Health when it refused to comply with program requirements. The State of Tennessee

brought suit and sought preliminary injunctive relief to compel the agency to issue a discretionary grant award.  The district court denied Tennessee's request for a preliminary injunction, applying settled precedents including this Court's decision in *Ohio v. Becerra*, 87 F.4th 759 (6th Cir. 2023).

2.  On August 26, 2024, a panel of this Court affirmed the district court's denial of a preliminary injunction, reaffirming this Court's decision in *Ohio* and agreeing with the Tenth Circuit's decision in *Oklahoma v. U.S. Department of Health and Human Services*, 107 F.4th 1209 (10th Cir. 2024).  *See* Op. 2-23.

3.  On October 9, 2024, plaintiff filed a petition for rehearing en banc. Multiple amici have indicated that they intend to file briefs in support of the petition for rehearing en banc.

4.  On October 11, 2024, this Court entered an order directing the government to respond to the petition for rehearing en banc no later than "close of business on Friday, October 25, 2024."  Order (Oct. 11, 2024).

5.  The government respectfully requests a 21-day extension of time, to and including November 15, 2024, in which to respond to the petition for rehearing en banc.  The undersigned believe that the requested extension is necessary to ensure adequate time to prepare and file the response to the petition, including any response to the arguments raised by the amici that will file briefs in support of the petition. The requested extension is also necessary to ensure adequate time to coordinate review with the agency and interested components of the Department of Justice.

2

Courtney Dixon and Brian Springer have principal responsibility for preparing the government's response in this matter.  Ms. Dixon is getting married and will be out of the office from October 23, 2024, to November 4, 2024.  Ms. Dixon has principal responsibility for preparing the government's reply brief in *State of Texas v. Garland*, No. 24-10386 (5th Cir.) (due November 13, 2024, as extended).  In addition, Ms. Dixon will be traveling and presenting oral argument on behalf of the United States in *Werfel v. Palestine Liberation Organization*, Nos. 23-1286, -1335 (10th Cir.), on November 19, 2024.  Mr. Springer has principal responsibility for preparing the government's response briefs in *United States v. Rhodes*, No. 24-4277 (9th Cir.) (due November 4, 2024, as extended), and *Rise for Animals v. Vilsack*, No. 24-1458 (4th Cir.) (due November 21, 2024, as extended).  Mr. Springer also has principal responsibility for several internal matters with upcoming deadlines.

Michael Raab has supervisory responsibility for the government's response in this case.  Mr. Raab also has supervisory responsibility for the following matters with upcoming deadlines: *United States v. Idaho*, Nos. 23-35440, -35450 (9th Cir.) (consolidated en banc response brief due October 15, 2024); *Bruckner Truck Sales, Inc. v. Guzman*, No. 24-10377 (5th Cir.) (response brief due October 17, 2024); *Vincent v. Garland*, No. 21-4121 (10th Cir.) (supplemental brief due October 24, 2024, as extended); *Properties of the Villages Inc. v. FTC*, No. 24-13102 (11th Cir.) (opening brief due November 4, 2024); *General Land Office of the State of Texas v. Biden*, No. 24-40447 (5th Cir.) (response brief due November 6, 2024); *State of Texas v. Garland*, No. 24-

3

10386 (5th Cir.) (reply brief due November 13, 2024, as extended); *Fontana v. Garland*, No. 24-2526 (3d Cir.) (response brief due November 14, 2024); *Bailey v. Garland*, No. 24-3752 (6th Cir.) (response brief due November 15, 2024).

6.  Counsel for plaintiff has authorized us to state that this motion is unopposed.

Respectfully submitted,

MICHAEL S. RAAB
COURTNEY L. DIXON

*/s/ Brian J. Springer*
BRIAN J. SPRINGER
(202) 616-5446
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave. N.W.
  Washington, D.C. 20530

OCTOBER 2024

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 725 words.  This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in Garamond 14-point font, a proportionally spaced typeface.

*/s/ Brian J. Springer*
Brian J. Springer

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, I filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system.  Service will be accomplished by the CM/ECF system.

*/s/ Brian J. Springer*
Brian J. Springer