No. 24-5220

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

STATE OF TENNESSEE,

*Plaintiff-Appellant*

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, in his official capacity, OFFICE OF POPULATION AFFAIRS, and JESSICA S. MARCELLA, in her official capacity,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Eastern District of Tennessee
Case No. 3:23-cv-384

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF THE AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS & GYNECOLOGISTS, THE CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS, THE CATHOLIC MEDICAL ASSOCIATION, AND THE NATIONAL ASSOCIATION OF CATHOLIC NURSES, USA AS AMICI CURIAE IN SUPPORT OF APPELLANT'S PETITION FOR REHEARING EN BANC**

John J. Bursch
Erin M. Hawley
ALLIANCE DEFENDING FREEDOM
440 First Street, N.W., Suite 600
Washington, D.C. 20001
(202) 393-8690
jbursch@ADFlegal.org
ehawley@ADFlegal.org

Christopher P. Schandevel
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
cschandevel@ADFlegal.org

Chloe K. Jones
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Suite D-1100
Lawrenceville, GA 30043
(770) 339-0774
cjones@ADFlegal.org

*Attorneys for Amici Curiae*

The American Association of Pro-Life Obstetricians & Gynecologists (AAPLOG), the Christian Medical & Dental Associations (CMDA), the Catholic Medical Association (CMA), and the National Association of Catholic Nurses, USA (NACN-USA) respectfully move this Court for leave to file a brief as amici curiae in support of Appellant's petition for rehearing en banc. *See* Fed. R. App. P. 29(b).

## IDENTITY AND INTEREST OF AMICI CURIAE

The American Association of Pro-Life Obstetricians & Gynecologists (AAPLOG) is a nonprofit organization with over 7,000 medical professional members and associates who are experts in reproductive healthcare. AAPLOG strives to inform medical professionals, the public, and pregnant women about abortion's potential long-term consequences on a woman's health, including depression, substance abuse, suicide, subsequent preterm birth, and placenta previa.

The Christian Medical & Dental Associations (CMDA) is a professional association of physicians and dentists. It seeks to educate, encourage, and equip Christian healthcare professionals to glorify God by following Christ, serving with excellence and compassion, caring for all people, and advancing biblical principles of healthcare within the Church and throughout the world. CMDA has close to 13,000 members and 365 chapters at medical, dental, optometry, physician-assistant, and undergraduate schools across the country. There are about 450 members in the state of Tennessee.

2

The Catholic Medical Association (CMA) is the largest association of Catholic individuals in healthcare. Its membership includes more than 2,400 physicians, nurses, and physician assistants nationwide, including three member guilds and 53 active members in Tennessee. CMA's mission is to inform, organize, and inspire its members to uphold the Catholic faith in the science and practice of medicine. CMA opposes direct abortion because it violates the teaching and tradition of the Catholic Church, respect for the sanctity of human life, Judeo-Christian medical ethics, and the best interest of patients. CMA's members are committed to the sanctity of human life, and it would violate their consciences to participate in or refer for direct abortions.

CMA has actively sought conscience protections for its members and other healthcare professionals who might be forced by laws, regulations, or their employers to provide, counsel, or refer for abortions. Many CMA members work at healthcare facilities that receive Title X funds. These CMA members face a substantial risk of harm caused by strict enforcement of the 2021 Rule. And they face further risk of harm caused by the Department of Health and Human Services' decision to rescind Tennessee's Title X funding.

The National Association of Catholic Nurses, USA (NACN-USA) is the national professional organization for Catholic nurses in the United States. A nonprofit association of hundreds of nurses of different clinical expertise, NACN-USA focuses on promoting patient advocacy, human

dignity, and professional and spiritual development in the integration of faith and health within the Catholic context in nursing. NACN-USA supports the protection of human life from conception to natural death. NACN-USA opposes any involvement in direct abortion of any kind. Any such involvement would contradict Roman Catholic teaching and values, including respect for the sanctity of human life and the well-being of members' patients.

AAPLOG, CMDA, CMA, and NACN-USA have a strong interest in ensuring that the states and federal government respect Congress's refusal to use taxpayer dollars to support abortions. They oppose HHS's recent efforts to force Title X recipients to counsel and refer for abortions, which threatens to strip funding from pro-life healthcare providers.

## DESIRABILITY OF AMICI CURIAE'S BRIEF

The historical role of amici is "to aid the court in resolving doubtful issues of law," particularly "in matters of public interest." *United States v. Michigan*, 940 F.2d 143, 164–65 (6th Cir. 1991). Amici are professional healthcare organizations comprised of members who—because of their deeply held beliefs—are morally opposed to participating in the direct abortion process.[1] These organizations and their members "seek to add value" to the evaluation of Tennessee's petition in three ways. *Prairie Rivers Network v. Dynegy Midwest Generation, LLC*, 976 F.3d 761, 763 (7th Cir. 2020) (Scudder, J., in chambers).

First, Amici seek to "aid the court in resolving doubtful issues of law," *Michigan*, 940 F.2d at 165, following the Supreme Court's monumental decision in *Loper Bright Enterprises v. Raimondo*, 144 S. Ct. 2244 (2024). Amici show that the panel majority misinterpreted the Supreme Court's directive about statutory stare decisis and prior *Chevron*-reliant cases. En banc review is therefore necessary to correctly follow the Supreme Court's instructions and to clarify that nothing in *Ohio v. Becerra*, 87 F.4th 759 (6th Cir. 2023), precludes this Court's de novo review.

---

[1] CMA and NACN-USA use the phrase "direct abortions" to make clear that they do not oppose performing medically necessary therapeutic procedures—such as removing the fallopian tube to treat an ectopic pregnancy—intended to cure a serious pathology of the reproductive system that, left untreated, would result in the unintended but anticipated death of the embryo.

Second, Amici offer "practical perspectives on the consequences of potential outcomes." *Prairie Rivers Network*, 976 F.3d at 763. Amici organizations and their members—many of whom provide healthcare services in the state of Tennessee—offer this Court a unique and valuable insight into healthcare providers' conscience objections to participating in the abortion process, the dangers posed to their practice by the panel majority's ruling, and the necessity of en banc review to protect providers' conscience rights and Tennesseans' access to family-planning care.

Third, Amici offer "a different analytical approach to the legal issues before the court." *Id.* This Court recently explained that it was "somewhat puzzled about the interaction between the Rule's referral requirement and one federal conscience law, the Weldon Amendment." *Ohio*, 87 F.4th at 774 n.8. Yet, the panel majority failed to analyze how HHS's Rule interacts with the federal laws that protect conscience rights. Amici show that this issue—which has been raised in another circuit as well—provides an additional reason why the 2021 Rule is contrary to law.

Because Amici's brief "offer[s] something different, new, and important," Amici believe that "[m]embers of the court might find any or all of these additions helpful to deciding" Tennessee's petition. *Prairie Rivers Network*, 976 F.3d at 763–64.

## CONCLUSION

Amici's strong interest in this case, their expertise in the federal conscience rights of healthcare providers, and their concise explanation of the flaws in the panel majority's ruling justify allowing them to file the accompanying brief in support of en banc review.

All parties have been notified of the intended filing of this motion and have consented to the Court granting it.

Amici respectfully ask this Court to grant leave to file their brief as amici curiae.

Dated: October 16, 2024

Respectfully submitted,

*/s/ Christopher P. Schandevel*
Christopher P. Schandevel
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
*Attorney for Amici Curiae*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 16, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                            */s/ Christopher P. Schandevel*
                                            Christopher P. Schandevel
                                            *Attorney for Amici Curiae*