# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 16, 2024

Mr. Brian James Springer
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7213
Washington, DC 20530

             Re:  Case No. 24-5220, *State of Tennessee v. Xavier Becerra, et al*
                   Originating Case No.: 3:23-cv-00384

Dear Mr. Springer

   This is to advise that the court has granted your motion for an extension of time to file a response to the petition for rehearing en banc.

   Your response is now due no later than the close of business on Friday, **November 15, 2024.**

   No further extensions will be granted.

                     Sincerely yours,

                     s/Beverly L. Harris
                     En Banc Coordinator
                     Direct Dial No. 513-564-7077

cc:  Ms. Courtney L. Dixon
     Mr. Joseph Fiorile
     Ms. Brianne Jenna Gorod
     Mr. Philip W Hammersley
     Ms. Whitney D. Hermandorfer
     Mr. Harrison Gray Kilgore
     Mr. Eric Nieuwenhuis Kniffin

Mr. Justin Lee Matheny
Mr. Trenton Meriwether
Mr. James Matthew Rice
Mr. Christopher Paul Schandevel
Mr. Reed Neal Smith