UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-5220**

Case Title: **State of Tennessee** vs. **U.S. Dept. of Health & Human Services**

List all clients you represent in this appeal:

**American Association of Pro-Life Obstetricians & Gynecologists, The Christian Medical & Dental Associations, The Catholic Medical Association, The National Association of Catholic Nurses, USA**

☐ Appellant  ☐ Petitioner  ☑ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee   ☐ Respondent  ☐ Intervenor                (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Christopher P. Schandevel**    Signature: s/ **Christopher P. Schandevel**

Firm Name: **Alliance Defending Freedom**

Business Address: **44180 Riverside Pkwy**

City/State/Zip: **Lansdowne, VA 20176**

Telephone Number (Area Code): **(571) 707-4655**

Email Address: **cschandevel@adflegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.