UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5220**

Case Title: **State of Tennessee** vs. **Becerra, et al.**

List all clients you represent in this appeal:

**States of Ohio, Alabama, Alaska, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, South Carolina, South Dakota, Texas, Utah, West Virginia, and Wyoming**

- ☐ Appellant
- ☐ Petitioner
- ☒ Amicus Curiae
- ☐ Criminal Justice Act
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor
- (Appointed)

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **T. Elliot Gaiser**          Signature: s/ **T. Elliot Gaiser**

Firm Name: **Ohio Attorney General's Office**

Business Address: **30 E. Broad St., Floor 17**

City/State/Zip: **Columbus, OH 43215**

Telephone Number (Area Code): **614.466.8980**

Email Address: **thomas.gaiser@ohioago.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.