UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5220**

Case Title: **State of Tennessee** vs. **Xavier Becerra, et al.,**

List all clients you represent in this appeal:

**Center for Environmental Accountability**

☐ Appellant  ☐ Petitioner  ☑ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee  ☐ Respondent  ☐ Intervenor  (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **James R. Conde**   Signature: s/ **James R. Conde**

Firm Name: **Boyden Gray PLLC**

Business Address: **800 Connecticut Avenue NW**

City/State/Zip: **Washington D.C. 20006**

Telephone Number (Area Code): **202 955 0620**

Email Address: **jconde@boydengray.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---