No. 24-5220

_____

# In the United States Court of Appeals For the Sixth Circuit

_____

STATE OF TENNESSEE,

*Plaintiff–Appellant-Petitioner,*

v.

XAVIER BECERRA, ET AL.,

*Defendants–Appellees-Respondents.*

_____

On Appeal from the United States District Court for the Eastern District of Tennessee, 3:23-cv-384-TRM-jem

_____

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* OF CENTER FOR ENVIRONMENTAL ACCOUNTABILITY IN SUPPORT OF REHEARING EN BANC**

_____

          Michael Buschbacher
          James R. Conde
           *Counsel of Record*
          Andrew W. Smith
          Adam Chan
          BOYDEN GRAY PLLC
          800 Connecticut Avenue NW Suite 900
          Washington, DC 20006
          202-955-0620
          jconde@boydengray.com

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 24-5220     Case Name: Tennessee v. Becerra, et al.

Name of counsel: James R. Conde

Pursuant to 6th Cir. R. 26.1, <u>amicus curiae Center for Environmental Accountability</u>
                                              *Name of Party*
makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

No.

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

No.

## CERTIFICATE OF SERVICE

I certify that on _____ October 16, 2024, _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/James R. Conde

This statement is filed twice: when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents. See 6th Cir. R. 26.1 on page 2 of this form.

# MOTION

Pursuant to Federal Rule of Appellate Procedure 29(b), Proposed *Amicus* Center for Environmental Accountability moves for leave to file a brief as *amicus curiae* in support of rehearing of the panel's decision. A copy of the proposed brief is attached to this motion. Both parties have consented to the filing of this amicus brief. The proposed brief is timely filed. Fed. R. App. P. 29(b)(5).

The Center for Environmental Accountability ("CEA") is a non-profit organization dedicated to promoting transparency and accountability in environmental and energy policy. CEA has a strong interest in ensuring that the Supreme Court's decision in *Loper Bright Enterprises v. Raimondo*, 144 S. Ct. 2244 (2024), is faithfully applied. No party's counsel authored the proposed amicus brief in whole or in part, and no one other than amicus contributed money intended to fund preparing or submitting the brief.

This Court evaluates a proposed amicus brief based upon whether it desirable and relevant because it would assist the Court by elaborating on issues raised by the parties and could inform the Court's disposition of the petition. *See Garner v. Cuyahoga Cnty. Juv. Ct.*, 554 F.3d 624, 636

(6th Cir. 2009); *Shoemaker v. City of Howell*, 795 F.3d 553, 562 (6th Cir. 2015); Fed. R. App. P. 29(a)(3), (b)(3).

CEA's amicus brief is desirable and relevant because it will materially assist this Court's disposition of the petition. The brief does not merely repeat the arguments made by the parties but further elaborates on one of the issues raised by the Plaintiff-Appellant State of Tennessee. Specifically, CEA's amicus brief explains in more detail why the panel badly erred in its application of *Loper Bright*, highlights the exceptional importance of this decision in other areas of the law, including environmental law, and explains why the panel decision will lead to significant judicial confusion in future administrative law cases if not corrected.

The timely filing of the proposed amicus brief will not prejudice Defendants-Appellees or delay briefing or oral argument in this appeal.

## **CONCLUSION**

For the foregoing reasons, CEA respectfully requests that the Court grant its motion for leave to file the proposed brief *amicus curiae*.

| | |
|---|---|
| Dated: October 16, 2024 | Respectfully submitted,<br><br>/s/ James R. Conde<br>Michael Buschbacher<br>James R. Conde<br>　*Counsel of Record*<br>Andrew W. Smith<br>Adam Chan<br>BOYDEN GRAY PLLC<br>800 Connecticut Avenue NW<br>Suite 900<br>Washington, DC 20006<br>202-955-0620<br>jconde@boydengray.com<br><br>*Counsel for Proposed Amicus Curiae Center for Environmental Accountability* |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g), the undersigned certifies that this motion:

(i)  complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 355 words; and

(ii) complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because this motion has been prepared in a proportionally spaced typeface using Microsoft Office Word in 14-point Century Schoolbook.

Dated: October 16, 2024        /s/ James R. Conde
                               James R. Conde

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. I further certify that all parties in this case are represented by counsel who are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: October 16, 2024                     /s/ James R. Conde
                                            James R. Conde