No. 24-5220

# In the United States Court of Appeals for the Sixth Circuit

---

STATE OF TENNESSEE,

Plaintiff-Appellant,

v.

XAVIER BECERRA, in his official capacity, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, OFFICE OF POPULATION AFFAIRS, and JESSICA S. MARCELLA, in her official capacity,

Defendants-Appellees.

---

On Appeal from the United States District Court
for the Eastern District of Tennessee,
Case No. 3:23-cv-384

---

**MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE*
OF ETHICS AND PUBLIC POLICY CENTER
IN SUPPORT OF PLAINTIFF-APPELLANT'S
PETITION FOR REAHEARING EN BANC**

---

                                                Eric N. Kniffin
                                                Rachel N. Morrison
                                                Ethics & Public Policy Center
                                                1730 M Street, N.W.
                                                 Suite 910
                                                Washington, DC 20036
                                                (202) 682-1200
                                                ekniffin@eppc.org

                                                *Counsel for* Amicus Curiae

October 16, 2024

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Sixth Circuit Rule 26.1(a), Proposed *Amicus* Ethics and Public Policy Center is a non-profit 501(c)(3) organization and has no corporate parent and is not owned in whole or in part by any publicly held corporation.

# MOTION

Pursuant to Federal Rule of Appellate Procedure 29(b), Proposed *Amicus* Ethics and Public Policy Center (EPPC) moves for leave to file a brief of *amicus curiae* in support of the State of Tennessee's petition for rehearing en banc. A copy of the proposed brief is attached to this motion. The parties have consented to the filing of the amicus brief.

1. EPPC is a nonprofit research institution dedicated to applying the Judeo-Christian moral tradition to critical issues of public policy, law, culture, and politics. EPPC works to promote a culture of life in law and policy and to defend the dignity of the human being from conception to natural death. EPPC's HHS Accountability Project is dedicated to monitoring the U.S. Department of Health and Human Services (HHS). Project scholars write and submit public comments on HHS rulemaking—including for Title X—and urge HHS to follow the law and protect unborn human life.

2. EPPC offers the attached amicus brief to assist the Court in deciding whether to grant the State of Tennessee's petition for rehearing en banc. The proposed amicus brief supports Tennessee's petition by providing additional examples of the Biden-Harris' unlawful

administrative actions to advance its abortion policy, policies that will be more difficult to challenge under the panel's deferential approach to agency actions.

3. This Court looks to whether a proposed amicus brief can assist the court by elaborating on issues raised by the parties. *See Garner v. Cuyahoga Cty. Juvenile Court*, 554 F.3d 624, 636 (6th Cir. 2009); *see also Shoemaker v. City of Howell*, 795 F.3d 553, 562 (6th Cir. 2015) ("'The traditional function of an amicus curiae is to assist in cases of general public interest by supplementing the efforts of private counsel and by drawing the court's attention to law that might otherwise escape consideration[.]'" (quoting 3-28 Moore's Manual—Federal Practice and Procedure § 28.84 (2014)).

Here, EPPC"s proposed brief does not repeat the arguments of the parties but elaborates on an issue to "draw[] the court's attention to law that might otherwise escape consideration[.]" *Id*. EPPC's proposed brief provides additional reasons why it is important that the Court rehear this case en banc and correct the panel's improper deference to HHS.

4. The filing of the proposed amicus brief will not prejudice Defendants-Appellees or delay briefing or argument in this appeal.

## CONCLUSION

For the foregoing reasons, EPPC respectfully requests that the Court grant its motion for leave to file the proposed brief *amicus curiae*.

Respectfully submitted,

s/ Eric N. Kniffin
ERIC N. KNIFFIN
RACHEL N. MORRISON
ETHICS & PUBLIC POLICY CENTER
1730 M Street, N.W.
 Suite 910
Washington, DC 20036
(202) 682-1200
ekniffin@eppc.org

*Counsel for* Amicus Curiae

October 16, 2024

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), the undersigned certifies that this motion:

(i) complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 413 words, and

(ii) complies with the typeface requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because this motion has been prepared in Microsoft Office Word Version 2409 using a proportionally spaced typeface, 14-point Century Schoolbook.

Dated: October 16, 2024

                                                   s/ Eric N. Kniffin
                                                   Eric N. Kniffin

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2024, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

Dated: October 16, 2024

s/ Eric N. Kniffin<br>
Eric N. Kniffin