No. 24-5220

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Nov 18, 2024
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| STATE OF TENNESSEE, )<br>)<br>    Plaintiff-Appellant, )<br>)<br>v. )<br>)<br>XAVIER BECERRA, in his official capacity as )<br>Secretary of Health and Human Services; UNITED )<br>STATES DEPARTMENT OF HEALTH AND )<br>HUMAN SERVICES; JESSICA S. MARCELLA, in her )<br>official capacity as Deputy Assistant Secretary for )<br>Population Affairs; OFFICE OF POPULATION )<br>AFFAIRS, )<br>)<br>    Defendants-Appellees. )<br>) | O R D E R |

**BEFORE:** GIBBONS, KETHLEDGE, and DAVIS, Circuit Judges.

Upon consideration of the motions of American Association of Pro-Life Obstetricians & Gynecologists, The Christian Medical & Dental Associations, The Catholic Medical Association, The National Association of Catholic Nurses, USA, Center for Environmental Accountability, and Ethics and Public Policy Center leave for to file a brief as amici/amicus curiae in support of the petition for rehearing en banc,

It is ORDERED that the motions are GRANTED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk