# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 18, 2024

Mr. James R. Conde
Mr. Eric Nieuwenhuis Kniffin
Mr. Christopher Paul Schandevel

Re: Case No. 24-5220, *State of Tennessee v. Xavier Becerra, et al*
     Originating Case No.: 3:23-cv-00384

Dear Counsel,

　The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Ms. Courtney L. Dixon
　　Mr. Joseph Fiorile
　　Mr. Thomas Elliot Gaiser
　　Ms. Brianne Jenna Gorod
　　Mr. Philip W Hammersley
　　Ms. Whitney D. Hermandorfer
　　Mr. Harrison Gray Kilgore
　　Mr. Justin Lee Matheny
　　Mr. Trenton Meriwether
　　Mr. James Matthew Rice
　　Mr. Reed Neal Smith
　　Mr. Brian James Springer

Enclosure