**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

KELLY L. STEPHENS  Tel. (513) 564-7000
CLERK  www.ca6.uscourts.gov

March 7, 2025

Ms. Whitney D. Hermandorfer
Ms. Joseph Fiorile
Mr. Philip W. Hammersley
Mr. Harrison Gray Kilgore
Mr. Trenton Meriwether
Mr. James Matthew Rice
Mr. Reed Neal Smith
Ms. Courtney L. Dixon
Mr. Brian James Springer

RE: Case No. 24-5220
*State of Tennessee v. Xavier Becerra, et al.*

Dear Counsel:

Upon consideration of the petition for rehearing en banc filed by the appellant, the hearing panel issued an amended opinion.

In light of the panel's action, we ask counsel for the appellant to determine whether the petition for en banc reconsideration is to be withdrawn. If it is not, the appellant shall have until Monday, March 24, 2025, to file a memorandum of law supplementing its original petition. Should the appellees wish to seek en banc reconsideration of the amended opinion, they may do so by filing no later than Monday, March 24, 2025, an appropriate petition conforming with the requirements of the Federal Rules of Appellate Procedure and the Rules of the Sixth Circuit. If this office does not hear from the parties by the close of business Monday, March 24, 2025, we will render the petition moot and no further action will be taken.

Very truly yours,

Kelly Stephens
Clerkbh

cc: Mr. Thomas Elliot Gaiser
Mr. James R. Conde
Mr. Justin Lee Matheny
Mr. Eric Nieuwenhuis Kniffin
Mr. Christopher Paul Schandevel
Ms. Brianne Jenna Gorod