# STATE OF TENNESSEE
# Office of the Attorney General



**Jonathan Skrmetti**
**Attorney General and Reporter**

P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 741-3491
Facsimile: (615) 741-2009

April 7, 2025

Kelly L. Stephens, Clerk
United States Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 540
Cincinnati, Ohio 45202-3988

Re: *Tennessee v. Kennedy*[1], Case No. 24-5220 (en banc petition pending)

Dear Ms. Stephens,

      Tennessee writes to provide notice of a recent correspondence Tennessee's Department of Health received from HHS. On April 1, 2025, a Department employee received an e-mail containing information regarding Tennessee's Title X Family Planning Services project and a link to a document captioned "Notice of Award." That document in turn reflects a partial, forward-looking award of Title X funding under the Tennessee Department of Health's March 2022 Title X grant—the same grant that is the subject of this appeal. Tennessee has not yet ascertained the formal position of HHS with respect to whether HHS intends to fully restore Tennessee's Title X funding.

      Undersigned counsel is working to obtain additional information from HHS and its counsel regarding the agency's position in this matter, including whether HHS's recent funding notification may affect Tennessee's pending request for en banc consideration. Tennessee will provide further information to this Court as soon as it is able and, in all events, will provide a status report by no later than April 14, 2025.

---

[1] This updated case title reflects that, under Federal Rule of Appellate Procedure 43(c)(2), current HHS Secretary Robert F. Kennedy, Jr. has been automatically substituted as Defendant-Appellee for Xavier Becerra.

                                            Respectfully submitted,

                                            */s/ Whitney D. Hermandorfer*
                                            Whitney D. Hermandorfer

cc: Counsel of Record (via ECF)