**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 09, 2025

Ms. Courtney L. Dixon
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7213
Washington, DC 20530

Re:  Case No. 24-5220, *State of Tennessee v. Xavier Becerra, et al*
Originating Case No.: 3:23-cv-00384

Dear Counsel,

This is to advise that the court directs you to file a response to the supplemental memorandum of law in the above case.

Your response, not to exceed 3900 words, must be received in the clerk's office not later than the close of business on Wednesday, **April 23, 2025**.

Please note that no extensions will be granted.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc:  Mr. James R. Conde
Mr. Joseph Fiorile
Mr. Thomas Elliot Gaiser
Ms. Brianne Jenna Gorod
Mr. Philip W Hammersley
Ms. Whitney D. Hermandorfer

Mr. Harrison Gray Kilgore
Mr. Eric Nieuwenhuis Kniffin
Mr. Justin Lee Matheny
Mr. Trenton Meriwether
Mr. James Matthew Rice
Mr. Christopher Paul Schandevel
Mr. Reed Neal Smith
Mr. Brian James Springer