

**Jonathan Skrmetti**
**Attorney General and Reporter**

P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 741-3491
Facsimile: (615) 741-2009

April 14, 2025

Kelly L. Stephens, Clerk
United States Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 540
Cincinnati, Ohio 45202-3988

**Re:**   *Tennessee v. Kennedy,* **Case No. 24-5220 (en banc petition pending)**

Dear Ms. Stephens,

Tennessee writes to inform the Court that counsel for HHS has informed undersigned counsel that HHS is continuing to confer regarding the matters set out in Tennessee's April 7, 2025 letter.


Respectfully submitted,

*/s/ Whitney D. Hermandorfer*
Whitney D. Hermandorfer

cc: Counsel of Record (via ECF)