No. 24-5220

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
May 9, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| STATE OF TENNESSEE, | )<br>) |
|     Plaintiff-Appellant, | )<br>) |
| v. | )<br>)    O R D E R |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; JESSICA S. MARCELLA, in her official capacity as Deputy Assistant Secretary for Population Affairs; OFFICE OF POPULATION AFFAIRS, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|     Defendants-Appellees. | )<br>) |

**BEFORE:** GIBBONS, KETHLEDGE, and DAVIS, Circuit Judges.

The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case. The petition then was circulated to the full court. No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petition is denied.

ENTERED BY ORDER OF THE COURT

_Kelly L. Stephens_
Kelly L. Stephens, Clerk