## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 09, 2025

Ms. Whitney D. Hermandorfer
Office of the Attorney General
of Tennessee
500 Dr. Martin L. King Boulevard
Suite 3214
Nashville, TN 37219

Re:   Case No. 24-5220, *State of Tennessee v. Xavier Becerra, et al*
         Originating Case No.: 3:23-cv-00384

Dear Ms. Hermandorfer,

  The Court issued the enclosed Order today in this case.

                                                           Sincerely yours,

                                                           s/Beverly L. Harris
                                                           En Banc Coordinator
                                                           Direct Dial No. 513-564-7077

cc:  Mr. James R. Conde
     Ms. Courtney L. Dixon
     Mr. Joseph Fiorile
     Mr. Thomas Elliot Gaiser
     Ms. Brianne Jenna Gorod
     Mr. Philip W Hammersley
     Mr. Harrison Gray Kilgore
     Mr. Eric Nieuwenhuis Kniffin
     Mr. Justin Lee Matheny
     Mr. Trenton Meriwether
     Mr. James Matthew Rice
     Mr. Christopher Paul Schandevel

Mr. Reed Neal Smith
Mr. Brian James Springer

Enclosure