**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 19, 2025

Ms. LeAnna Wilson
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

      Re: Case No. 24-5220, *State of Tennessee v. Xavier Becerra, et al*
         Originating Case No. 3:23-cv-00384

Dear Clerk,

 Enclosed is a copy of the mandate filed in this case.

              Sincerely yours,

              s/Robin L Baker, Case Manager for
              Gretchen S. Abruzzo, Case Manager
              Direct Dial No. 513-564-7018

cc: Mr. James R. Conde
   Ms. Courtney L. Dixon
   Mr. Joseph Fiorile
   Mr. Thomas Elliot Gaiser
   Ms. Brianne Jenna Gorod
   Mr. Philip W Hammersley
   Ms. Whitney D. Hermandorfer
   Mr. Harrison Gray Kilgore
   Mr. Eric Nieuwenhuis Kniffin
   Mr. Justin Lee Matheny
   Mr. Trenton Meriwether
   Mr. James Matthew Rice
   Mr. Christopher Paul Schandevel
   Mr. Reed Neal Smith
   Mr. Brian James Springer

Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

No: 24-5220

_____

Filed: May 19, 2025

STATE OF TENNESSEE

    Plaintiff - Appellant

v.

XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; JESSICA S. MARCELLA, in her official capacity as Deputy Assistant Secretary for Population Affairs; OFFICE OF POPULATION AFFAIRS

    Defendants - Appellees

------------------------------

STATE OF ALASKA; CENTER FOR ENVIRONMENTAL ACCOUNTABILITY

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 03/10/2025 the mandate for this case hereby issues today.

 COSTS:  None