# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

STATE OF TENNESSEE,

          Plaintiff-Appellant,

    v.

XAVIER BECERRA, ET AL.,

          Defendants-Appellees.

No. 24-5220

**MOTION TO WITHDRAW AS COUNSEL**

    Undersigned counsel respectfully requests leave to withdraw as counsel for defendants-appellees in this case. Effective today, January 9, 2026, I will no longer be employed by the Department of Justice. I therefore respectfully request that my appearance be removed from the docket and that my name be removed from the ECF distribution list. Other Department of Justice attorneys who have appeared in this case will continue to represent defendants-appellees. Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Courtney L. Dixon*
COURTNEY L. DIXON
Appellate Staff, Civil Division
U.S. Department of Justice
950 Pennsylvania Ave. NW, Rm. 7246
Washington, DC 20530
(202) 353-8189
courtney.l.dixon@usdoj.gov

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Garamond 14-point, a proportionally spaced font, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 85 words, according to the word count of Microsoft Word.

/s/ *Courtney L. Dixon*
Courtney L. Dixon

# CERTIFICATE OF SERVICE

I certify that on January 9, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Courtney L. Dixon*
Courtney L. Dixon