## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 10, 2025

Mr. James R. Conde
Boyden Gray
800 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20006

Ms. Courtney L. Dixon
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7213
Washington, DC 20530

Mr. Joseph Fiorile
Office of the Attorney General
of Tennessee
500 Dr. Martin L. King Boulevard
Suite 3214
Nashville, TN 37219

Mr. Thomas Elliot Gaiser
Office of the Attorney General
of Ohio
30 E. Broad Street
17th Floor
Columbus, OH 43215

Ms. Brianne Jenna Gorod
Constitutional Accountability Center
1200 18th Street, N.W.
Suite 501
Washington, DC 20036

Mr. Philip W Hammersley
Office of the Attorney General
 of Tennessee
500 Dr. Martin L. King Boulevard
Suite 3214
Nashville, TN 37219

Ms. Whitney D. Hermandorfer
Office of the Attorney General
 of Tennessee
500 Dr. Martin L. King Boulevard
Suite 3214
Nashville, TN 37219

Mr. Harrison Gray Kilgore
Office of the Attorney General
 of Tennessee
500 Dr. Martin L. King Boulevard
Suite 3214
Nashville, TN 37219

Mr. Eric Nieuwenhuis Kniffin
Kniffin Law
102 S. Tejon Street
Suite 1100
Colorado Springs, CO 80903

Mr. Justin Lee Matheny
Office of the Attorney General
 of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

Mr. Trenton Meriwether
Office of the Attorney General
 of Tennessee
500 Dr. Martin L. King Boulevard
Suite 3214
Nashville, TN 37219

Mr. James Matthew Rice
Office of the Attorney General
 of Tennessee
500 Dr. Martin L. King Boulevard
Suite 3214
Nashville, TN 37219

Mr. Christopher Paul Schandevel
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176

Mr. Reed Neal Smith
Office of the Attorney General
of Tennessee
500 Dr. Martin L. King Boulevard
Suite 3214
Nashville, TN 37219

Mr. Brian James Springer
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7213
Washington, DC 20530

>            Re:  Case No. 24-5220, *State of Tennessee v. Xavier Becerra, et al*
>                 Originating Case No. : 3:23-cv-00384

Dear Counsel,

   The court today issued an amended opinion in the above-styled case.

   Enclosed is a copy of the court's published opinion together with the amended judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

>                              Yours very truly,
>
>                              Kelly L. Stephens, Clerk
>
>
>                              Cathryn Lovely
>                              Deputy Clerk

cc:  Ms. LeAnna Wilson

Enclosures

Mandate to issue.